UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SIMMONS,

    Plaintiff,

vs.

STATE FARM INSURANCE COMPANY,

    Defendant.

Case No. 2:10-cv-11857
Honorable Bernard A. Friedman

| CARL COLLINS, III (P55982) | SECREST WARDLE |
|---|---|
| Attorney for Plaintiff | NATHAN J. EDMONDS (P51453) |
| 18100 Meyers | Attorney for Defendant |
| Suite 392 | 94 Macomb Place |
| Detroit, MI 48235 | Mt. Clemens, MI 48043 |
| (313) 341-4100 | (586) 465-7180 |
| | (586) 465-0673 (Fax) |

## *DEFENDANT'S MOTION TO EXTEND DISCOVERY*

    NOW COMES Defendant, STATE FARM INSURANCE COMPANY, by and through its attorneys, *SECREST WARDLE*, and hereby moves this Honorable Court for an Order Extending Discovery, and states as follows:

    1.    This is a lawsuit alleging that Defendant has failed to pay personal injury protection benefits due and owing to Plaintiff.

    2.    The parties have been diligently pursuing discovery in this matter, however, it will not be completed by the established cut-off date in the Scheduling Order dated August 6, 2010. *(Exhibit A)*

    3.    This Court issued a Status Conference Scheduling Order on August 6, 2010 in this case, setting dates for:

|  |  |
|---|---|
| *Witness List Exchange:* | October 2, 2010 |
| *Plaintiff's Expert Report Due:* | December 3, 2010 |
| *Defendant's Expert Report Due:* | December 10, 2011 |
| *Closing Date for Discovery:* | January 10, 2011 |
| *Dispositive Motions Due:* | February 11, 2011 |
| *Settlement Conference* | March 11, 2011 |

5. Numerous medical records still need to be obtained and reviewed.

6. The deposition of Plaintiff began on November 23, 2010, and needs to be continued at a future date. The earliest mutually convenient date to take Plaintiff's deposition is February 9, 2011.

7. The deposition of Arnold Collins, Plaintiff's Service Provider, needs to be rescheduled. The earliest mutually convenient date to take the deposition of Arnold Collins is February 18, 2011.

8. The adjournment of discovery will allow all parties to better determine the actual nature and extent of Plaintiff's damages involved in this matter.

9. Concurrence by Plaintiff's counsel was sought in this motion, but despite repeated phone calls to his office, no concurrence has been given.

WHEREFORE, STATE FARM INSURANCE COMPANY, for the reasons set forth above, requests that its motion be granted as follows:

|  |  |
|---|---|
| *Closing Date for Discovery:* | April 10, 2011 |
| *Dispositive Motions Due:* | May 11, 2011 |
| *Settlement Conference* | June, 2011 |

Any other relief the Court finds appropriate.

SECREST WARDLE

BY:   /s/ Nathan J. Edmonds
NATHAN J. EDMONDS (P51453)
Attorney for Defendant
nedmonds@secrestwardle.com

DATED: December 22, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SIMMONS,

    Plaintiff,

vs.

STATE FARM INSURANCE COMPANY,

    Defendant.

Case No. 2:10-cv-11857
Honorable Bernard A. Friedman

| CARL COLLINS, III (P55982) | SECREST WARDLE |
|---|---|
| Attorney for Plaintiff | NATHAN J. EDMONDS (P51453) |
| 18100 Meyers | Attorney for Defendant |
| Suite 392 | 94 Macomb Place |
| Detroit, MI 48235 | Mt. Clemens, MI 48043 |
| (313) 341-4100 | (586) 465-7180 |
| | (586) 465-0673 (Fax) |

## BRIEF IN SUPPORT OF MOTION

All the facts stated in the attached Motion are adopted herein by reference. Defendant respectfully relies on the learned discretion of this Honorable Court, as well as FRCP 16(b), with regard to its Motion.

WHEREFORE, STATE FARM INSURANCE COMPANY, for the reasons set forth above, requests that its Motion be granted as follows:

*Closing Date for Discovery:*     *April 10, 2011*
*Dispositive Motions Due:*     *May 11, 2011*
*Settlement Conference*     *June, 2011*

Any other relief the Court finds appropriate.

                              SECREST WARDLE
BY:    /s/ Nathan J. Edmonds
                NATHAN J. EDMONDS (P51453)
                Attorney for Defendant

Dated: December 22, 2010      nedmonds@secrestwardle.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SIMMONS,

    Plaintiff,

vs.

STATE FARM INSURANCE COMPANY,

    Defendant.

Case No. 2:10-cv-11857
Honorable Bernard A. Friedman

| CARL COLLINS, III (P55982)<br>Attorney for Plaintiff<br>18100 Meyers<br>Suite 392<br>Detroit, MI 48235<br>(313) 341-4100 | SECREST WARDLE<br>NATHAN J. EDMONDS (P51453)<br>Attorney for Defendant<br>94 Macomb Place<br>Mt. Clemens, MI 48043<br>(586) 465-7180<br>(586) 465-0673 (Fax) |
|---|---|

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN )
                      )ss
COUNTY OF MACOMB)

    NATHAN J. EDMONDS, being first duly sworn, deposes and states that on the 22nd day of December, 2010, he served a copy of *Motion to Extend Discovery with Brief in Support* by way of electronic transmission via the CM/ECF Online Case Submission.

    *SECREST WARDLE*

    /s/Nathan J. Edmonds
NATHAN J. EDMONDS (P51453)
Attorney for Defendant
94 Macomb Place
Mt. Clemens, MI 48043
(586) 465-7180
nedmonds@secrestwardle.com