## *INDEX OF EXHIBITS*

David Simmons vs. State Farm
Motion to Extend Discovery

**Exhibit A**          **Court's Scheduling Order Dated August 6, 2010**

1546728_1