UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SIMMONS,

    Plaintiff,                                          Case No. 10-11857
                                                  Hon. Bernard A. Friedman

v.

STATE FARM INSURANCE COMPANY,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

On August 23, 2011, the parties in this matter reached a settlement, the terms of which were placed on the record and are hereby incorporated into this order. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs. However, the Court expressly reserves jurisdiction for a period of ten days to enforce all terms of the settlement agreement as placed on the record.


Dated: August 23, 2011                    S/Bernard A. Friedman_____
      Detroit, Michigan               BERNARD A. FRIEDMAN
                                      UNITED STATES DISTRICT JUDGE