UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

David Simmons,

    Plaintiff,

v.                                                Case No. 2:10-cv-11857-BAF-MAR
                                                Hon. Bernard A. Friedman

State Farm Automobile Insurance Company,

    Defendant.
_____/

## J U D G M E N T

       This matter having come before the Court on Plaintiff's Motion to Enforce Judgment, Defendant's Motion to Enforce Settlement Agreement, and Plaintiff's Motion to Strike Motion to Enforce Judgment, and the Court having conducted a hearing, listened to the parties' arguments and made a full and complete record,

       IT IS HEREBY ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

       IT IS FURTHER ORDERED that the Release of Claims, consisting of three pages attached hereto, and all of its terms and conditions, are made a part of and incorporated into the terms of this Judgment.

       IT IS FURTHER ORDERED that the agreed-upon settlement amount of $17,000.00 shall be paid into the Court's registry, and is to be disbursed upon further Order of this Court.

       IT IS FURTHER ORDERED that upon payment of $17,000.00 into the Court's registry, Defendant is hereby released of any further liability or obligation in this matter, as specified in the attached Release of Claims.

   IT IS FURTHER ORDERED that Christina McPhail, counsel for Plaintiff, is relieved of any further obligation to Plaintiff.

                DAVID J. WEAVER
                CLERK OF COURT


                By: Carol L. Mullins
                   Deputy Clerk

September 8, 2011

Approved:_s/Bernard A. Friedman____
   BERNARD A. FRIEDMAN
   U.S. DISTRICT JUDGE